IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:17-CR-128-D-1

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| KENDELL WHITFIELD, | |
| Defendant. | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 129 be sealed by the Clerk.

It is FURTHER ORDERED THAT THE Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

THIS 28 day of November 2018.

JAMES C. DEVER III
United States District Judge