UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-128-D-1

| UNITED STATES OF AMERICA | ORDER GRANTING MOTION TO SEAL EXHIBIT |
|---|---|
| v. | |
| KENDELL WHITFIELD | |

The Court hereby GRANTS Mr. Whitfield's motion to seal the proposed exhibit to his motion for compassionate release. The Court ORDERS the exhibit at DE 150 be sealed until otherwise ordered by the Court, except that copies may be provided to the U.S. Attorney's Office and counsel for the Defendant.

This the ___17___ day of September, 2020.

JAMES C. DEVER III
U.S. DISTRICT COURT JUDGE